No. 03–11034. CUERVO, AKA BADESSA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–11035. FREEMAN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 03–11036. BREEDLOVE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 03–11037. ALLEN v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–11039. MCVEAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–11041. BOND v. BOND. C. A. 2d Cir. Certiorari denied.

No. 03–11043. TAYLOR v. DEROSA, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 03–11044. AKBAR v. SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–11047. EDISON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–11050. JONES v. FLORENCE COUNTY TAX ASSESSOR OFFICE. C. A. 4th Cir. Certiorari denied.

No. 03–11051. WOODWARD v. ROMERO, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–11052. MCCLELLAN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–11053. ISOM v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 03–11054. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.